

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00350-CR
No. 10-15-00351-CR
No. 10-15-00352-CR
No. 10-15-00353-CR

**DESHAUN RASHAD WRIGHT,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 19th District Court
McLennan County, Texas
Trial Court Nos. 2012-1333-C1,
2014-847-C1, 2014-1354-C1 and 2014-2030-C1

## MEMORANDUM OPINION

Appellant Deshaun Rashad Wright has filed a pro se notice of appeal of his convictions for possession of a controlled substance with intent to deliver and burglary of a habitation. Wright signed a waiver of his right to appeal in each case, and the trial court's certification of defendant's right to appeal in each case indicates that Wright

waived his right to appeal. These appeals are therefore dismissed.[1] *See* TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals … must dismiss a prohibited appeal without further action, regardless of the basis for the appeal."); *Davis v. State*, 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).

 

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed October 29, 2015
Do not publish
[CRPM]



---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2(a).